Chief District Judge David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BENJAMIN ALLEN BARTLETT,<br><br>                    Plaintiff,<br><br>     v.<br><br>MERRICK B. GARLAND, *et al.*,<br><br>                    Defendants. | Case No. 2:24-cv-01590-DGE<br><br>STIPULATED MOTION TO DISMISS AND ORDER<br><br>Noted for Consideration:<br>December 18, 2024 |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, inter alia, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Form I-130, Petition for Alien Relative, that he filed on behalf of his spouse. USCIS has adjudicated the Form I-130 and this case is now moot.

//

//

//

//

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-01590-DGE] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

DATED this 21st day of December, 2024.

Respectfully submitted,

| TESSA M. GORMAN | GILLIN LAW GROUP, PLLC |
| --- | --- |
| United States Attorney | |
| | |
| s/ Michelle R. Lambert | s/ Brandon S. Gillin |
| MICHELLE R. LAMBERT, NYS #4666657 | BRANDON S. GILLIN, WSBA #44761 |
| Assistant United States Attorney | 19910 50th Avenue W, Suite 205 |
| United States Attorney's Office | Lynwood, Washington 98036 |
| Western District of Washington | Phone: (425) 947-1130 |
| 1201 Pacific Avenue, Suite 700 | Email: brandon@gillinlaw.com |
| Tacoma, Washington 98402 | |
| Phone: (253) 428-3824 | *Attorney for Plaintiff* |
| Fax:   (253) 428-3826 | |
| Email: michelle.lambert@usdoj.gov | |

*Attorneys for Defendants*

*I certify that this memorandum contains 80 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-01590-DGE] - 2

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

**ORDER**

The case is dismissed without prejudice. It is so **ORDERED**.

DATED this 23rd day of December, 2024.

David G. Estudillo
United States District Judge

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-01590-DGE] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800